AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Christina Crawford,

                *Plaintiff,*

v.                                  Case No. 2:25−cv−11746−BRM−KGA
                                     Hon. Brandy R. McMillion

Magna Electronics, Inc.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Magna Electronics, Inc.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

> Michael L. Jones
> 1300 Broadway Street
> Fifth Floor
> Detroit, MI
> 48226

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*        By:   s/ J C Brown
                                                                *Signature of Clerk or Deputy Clerk*



                                                              Date of Issuance: June 12, 2025

AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:25−cv−11746−BRM−KGA

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

[ ]  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on (date) _____ ; or

[ ]  I returned the summons unexecuted because _____ ; or

[X]  Other: *(specify)*:   Served the Defendant via certified mail on 06/23/2025, return receipt attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: 06/23/2025

*Server's Signature*  *Devynn Stepowski*
Devynn Stepowski, Paralegal
*Printed Name and Title*
Marko Law, PLLC 220 W. Congress, Fourth Floor
*Server's address*  Detroit, MI 48226

Additional information regarding attempted service, etc.:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *Melissa Jimenez*  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Magna Electronics, Inc.<br>C-Lawyers Incorporating Service<br>3410 Belle Chase Way, STE 600<br>Lansing, MI 48911 | Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9502 5069 4223 61 | 3. Service Type<br>☒ Adult Signature          ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail™<br>☒ Certified Mail®          ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery    ☐ Signature Confirmation™<br>☐ Collect on Delivery         ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery Mail<br>    Mail Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 3109 7345 38 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #



9590 9402 9502 5069 4223 61

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•



Marko Law
220 W. Congress, 4th Fl.
Detroit, MI 48226

Dev-Crawford  JAC   R D