UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA CRAWFORD,

    Plaintiff,                         Case No: 25-cv-11746

v.                                     Hon. Brandy R. McMillion

MAGNA ELECTRONICS, INC.,      Magistrate Judge Kimberly G. Altman

    Defendant.

_____

## **APPEARANCE OF COUNSEL**

    PLEASE TAKE NOTICE that Thomas J. Davis of Kienbaum Hardy Viviano Pelton & Forrest, P.L.C., hereby enters his appearance on behalf of Defendant Magna Electronics, Inc. in the above-captioned matter.

                                           Respectfully submitted,

                                           KIENBAUM HARDY VIVIANO
                                            PELTON & FORREST, P.L.C.

                                         By:*/s/Thomas J. Davis*
                                              Thomas J. Davis (P78626)
                                              Lauren Walas (P87669)
                                         *Attorneys for Defendant*
                                         280 N. Old Woodward Ave., Ste. 400
                                         Birmingham, MI  48009
                                         (248) 645-0000
                                         tdavis@khvpf.com
Dated: June 27, 2025                lwalas@khvpf.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                            */s/Thomas J. Davis*
                                            Thomas J. Davis (P78626)
                                            Kienbaum Hardy
                                            Viviano Pelton & Forrest, P.L.C.
                                            280 N. Old Woodward Ave., Ste. 400
                                            Birmingham, MI  48009
                                            (248) 645-0000
                                            tdavis@khvpf.com

574393