UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA CRAWFORD,

     Plaintiff,                    Case No. 25-cv-11746

-vs-                            Hon. Brandy R. McMillion

                                    Magistrate Judge Kimberly G. Altman

MAGNA ELECTRONICS, INC.,

     Defendant.

---

## STIPULATION ADJOURNING THE CASE MANAGEMENT AND SCHEDULING ORDER BY 60 DAYS

The parties, by and through their respective counsel, hereby stipulate and agree to a 60-day adjournment of all pending deadlines set forth in the Court's Case Management Requirements and Scheduling Order (ECF No. 11), and in support thereof state as follows:

Good cause exists to grant the requested adjournment. Over the past three months, Plaintiff's counsel has been occupied with two separate trials, which significantly limited his availability to advance discovery in this matter.

The parties have otherwise engaged in written discovery, including the exchange of interrogatories, requests for admissions, and requests for production of

1

documents. The parties are currently in the process of completing the remaining depositions in this matter. The parties require additional time to complete depositions and ensure that all discovery is completed in an orderly and thorough manner.

For these reasons, the parties respectfully request that the Court adjourn all pending deadlines in the Scheduling Order by 60 days, as set forth in the Proposed Order below.

SO STIPULATED AND AGREED.

| | |
|---|---|
| */s/Michael Jones* | */s/ Lauen Walas* (with permission) |
| Attorney for Plaintiff | Attorney for Defendant |

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRISTINA CRAWFORD,

      Plaintiff,                          Case No. 25-cv-11746

-vs-                                Hon. Brandy R. McMillion

                                    Magistrate Judge Kimberly G. Altman

MAGNA ELECTRONICS, INC.,

      Defendant.

## ORDER ADJOURNING THE CASE MANAGEMENT
## AND SCHEDULING ORDER BY 60 DAYS

This matter having come before the Court upon the stipulation of the parties, and the Court having found good cause for the requested adjournment, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that all pending deadlines set forth in the Court's Case Management Requirements and Scheduling Order (ECF No. 11), dated September 18, 2025, are adjourned by 60 days as follows:

| Event | Current Deadline | Adjourned Deadline |
|---|---|---|
| Fact Discovery Cutoff | April 30, 2026 | June 29, 2026 |
| Rule 26(a)(2) Proponent Expert Witness List/Disclosures/Report | May 29, 2026 | July 28, 2026 |
| Rule 26(a)(2) Rebuttal Expert Witness List/Disclosures/Report | June 29, 2026 | August 28, 2026 |

3

| Event | Current Deadline | Adjourned Deadline |
|---|---|---|
| Expert Discovery Cutoff | July 29, 2026 | September 27, 2026 |
| Deadline to Request Case Evaluation/Facilitation | July 29, 2026 | September 27, 2026 |
| Dispositive Motions and Challenges to Experts | September 4, 2026 | November 3, 2026 |
| Rule 26(a)(3) Pretrial Disclosures | October 16, 2026 | January 4, 2027 |
| Motions in Limine | November 16, 2026 | February 1, 2027 |
| Joint Final Pretrial Order | December 2, 2026 | February 16, 2027 |
| Final Pretrial Conference | December 16, 2026 at 2:00 p.m. | March 2, 2027 at 2:00 p.m. |
| Trial Date | January 12, 2027 at 8:30 a.m. | March 16, 2027 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:  March 30, 2026       s/Brandy R. McMillion
HON. BRANDY R. McMILLION
UNITED STATES DISTRICT JUDGE

4