## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHRISTINA CRAWFORD,

     Plaintiff,

v.

MAGNA ELECTRONICS, INC.,

     Defendant.

Case No. 2:25-cv-11746

Hon. Brandy R. McMillion

Magistrate Judge Kimberly G. Altman

---

## STIPULATED ORDER EXTENDING FACT DISCOVERY DEADLINE

WHEREAS the parties are currently in the process of discovery and have already exchanged interrogatories, requests for admissions, and requests for production of documents and have completed two depositions; and

WHEREAS the parties are currently in the process of completing the two remaining depositions in this matter; and

WHEREAS the parties previously stipulated to, and the Court previously granted, a 60-day extension of the fact discovery deadline to accommodate Plaintiff's counsel's trial schedule, making the current fact discovery deadline June 29, 2026; and

WHEREAS the parties have agreed and stipulated to another extension of the fact discovery deadline to accommodate Defendant's counsel's trial schedule, as

Defendant's counsel has a multi-week trial before Judge Goldsmith that is scheduled to begin on June 23, 2026; and

WHEREAS the parties have agreed upon August 28, 2026 as the new fact discovery deadline, thus obviating the need for motion practice;

IT IS HEREBY ORDERED that all fact discovery shall be completed by **August 28, 2026**. All other deadlines in the March 30, 2026 Stipulation and Order Adjourning the Case Management and Scheduling Order by 60 Days (ECF No. 15) shall remain the same.

**IT IS SO ORDERED.**

Dated:  June 5, 2026                           s/Brandy R. McMillion
                                                              Hon. Brandy R. McMillion
                                                              United States District Judge


Agreed to by:

/s/Michael L. Jones with permission        /s/Lauren Walas
Michael L. Jones (P85223)                       Thomas J. Davis (P78626)
MARKO LAW PLLC                                  Lauren Walas (P87669)
220 W. Congress, 4th Floor                      KIENBAUM HARDY VIVIANO
Detroit, MI 48226                                     PELTON & FORREST, P.L.C.
(313) 777-7529                                          280 N. Old Woodward Ave., Ste. 400
michael@markolaw.com                          Birmingham, MI  48009
                                                              (248) 645-0000
*Attorney for Plaintiff*                             tdavis@khvpf.com
                                                              lwalas@khvpf.com
Dated:  June 4, 2026

                                                              *Attorneys for Defendant Magna*
                                                              *Electronics, Inc.*

                                                              Dated:  June 4, 2026

2

3

4908-3659-9474, v. 1

3

4908-3659-9474 v.1